

# U.S. Department of Justice

**John W. Vaudreuil**
**United States Attorney**
**Western District of Wisconsin**

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Main Facsimile 608/264-5172*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
Suite 303, City Station
660 West Washington Avenue
Madison, Wisconsin 53703

September 27, 2013

The Honorable William M. Conley
United States District Court
120 N. Henry Street, Room 320
Madison, WI 53703

  Re: *Stephen Zick, v. United States*, Case No. 12-cv-407-wmc

Dear Judge Conley:

  I write to notify the Court that the Parties have reached an agreement to settle the above-referenced case. Counsel for the United States has contacted the Clerk of Court, and the Parties expect to jointly file a stipulation to dismiss all claims asserted in the case with prejudice within 30 days. The United States respectfully requests that the Court adjourn the trial scheduled for September 30, 2013, pending final resolution of the case.

           Very truly yours,

           JOHN W. VAUDREUIL
           United States Attorney

           By: <u>s/Antonio M. Trillo</u>

           ANTONIO M. TRILLO
           Assistant United States Attorney

cc: Counsel of Record