UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

STEPHEN S. ZICK,

    Plaintiff,

vs.

Civil Case No. 3:12-CV-407

UNITED STATES OF AMERICA, and
ACUITY, A MUTUAL INSURANCE COMPANY,

    Defendants.

## STIPULATION AND ORDER
## FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, that this action, together with all the claims and causes of action set forth in the pleadings, be dismissed on its merits with prejudice, and each party will bear their own attorneys' fees, costs and expenses.

Dated this 9th day of October, 2013.

JOHN W. VAUDREUIL
United States Attorney

By:

BARBARA L. OSWALD
Assistant United States Attorney
Wisconsin State Bar No. 1021541
660 West Washington Avenue, Suite 303
Madison, WI 53703-4703
ATTORNEY FOR DEFENDANT,
UNITED STATES OF AMERICA


Dated this 20 day of October, 2013.

       ATTORNEYS FOR DEFENDANT ACUITY,
       A MUTUAL INSURANCE COMPANY

By: _____
       John R. Shull
       State Bar No. 1025536
       Terwilliger, Wakeen, Piehler & Conway, S.C.
       PO Box 8063
       Wausau, WI 54402-8063
       P: (715) 845-2121
       F: (715) 845-3538

Dated this 5 day of November, 2013.

       ATTORNEYS FOR PLAINTIFF

By: _____
       Christine Bremer Muggli
       State Bar No. 1006012
       BREMER & TROLLOP LAW OFFICES, S.C.
       2100 Stewart Avenue, Suite 230
       Wausau, WI 54402
       P: (715) 849-3200
       F: (715) 842-9770
       E: chris@bremer-law.com

2

## ORDER

Upon the foregoing Stipulation and Motion of all parties:

IT IS HEREBY ORDERED that this action, together with all the claims and causes of action set forth in the pleadings, be dismissed on its merits with prejudice and without costs to any party.

Entered this _____ day of _____, 2013.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge